# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand twenty-three.

---

Dr. Jaquel Pitts, Ph.D,

        Movant - Appellant,          **ORDER**

v.                       Docket No. 23-1027

Brian Flores, as a Class Representative, on behalf of himself and all others similarly situated, Steve Wilks, Ray Horton,

        Plaintiffs - Appellees,

National Football League, New York Football Giants, Inc., Miami Dolphins, Ltd., Denver Broncos, Houston NFL Holdings, L.P., DBA Houston Texans, Arizona Cardinals Football Club LLC, DBA Arizona Cardinals, Tennessee Titans Entertainment, Inc., DBA Tennessee Titans,

        Defendants - Appellees,

---

Appellant, *pro se*, has filed a motion for an extension of time to file the notice of appeal. The Court construes the motion as a request for an extension to file an Acknowledgment and Notice of Appearance Form, Form D-P, and to either pay the filing fee or submit a motion to proceed *in forma pauperis* ("IFP").

IT IS HEREBY ORDERED that the motion, so construed, is GRANTED. Appellant's deadlines are extended to September 28, 2023.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court