# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of August, two thousand twenty-three.

_____

Dr. Jaquel Pitts, Ph.D,

     Movant - Appellant,

v.

Brian Flores, as a Class Representative, on behalf of himself and all others similarly situated, Steve Wilks, Ray Horton,

     Plaintiffs - Appellees,

National Football League, New York Football Giants, Inc., Miami Dolphins, Ltd., Denver Broncos, Houston NFL Holdings, L.P., DBA Houston Texans, Arizona Cardinals Football Club LLC, DBA Arizona Cardinals, Tennessee Titans Entertainment, Inc., DBA Tennessee Titans,

     Defendants – Appellees.

_____
_____

**ORDER**

Docket No. 23-1027

Brian Flores, as a Class Representative, on behalf of himself and all others similarly situated,

     Plaintiff-Appellee,

v.

National Football League, New York Football Giants, Inc., Houston NFL Holdings, L.P., DBA Houston Texans, Denver Broncos,

     Defendants-Appellants.

_____

Docket No. 23-1185

On August 22, 2023, these two appeals were consolidated in error.

IT IS HEREBY ORDERED that the consolidation, having occurred as an administrative error, is VACATED.

                                              For the Court:
                                              Catherine O'Hagan Wolfe,
                                              Clerk of Court